**Percival SPENCER, Plaintiff-Appellant,**

v.

**ALCOA STEAMSHIP COMPANY, Inc., Defendant-Appellee.**

No. 152, Docket 28220.

United States Court of Appeals
Second Circuit.

Argued Dec. 3, 1963.

Decided Dec. 9, 1963.

Fink, Frank & Gerringer, New York City (Jacquin Frank and Herman B. Gerringer, New York City, on the brief), for plaintiff-appellant.

Haight, Gardner, Poor & Havens, New York City (J. Ward O'Neill and Francis X. Byrn, New York City, of counsel), for defendant-appellee.

Before MOORE, FRIENDLY and KAUFMAN, Circuit Judges.

**958**

PER CURIAM.

We affirm the order declining jurisdiction and dismissing the action on the opinion of Judge Abruzzo, 221 F.Supp. 343 (E.D.N.Y.1963).